# Court of Appeals
# of the State of Georgia

ATLANTA, December 22, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0111. IN THE INTEREST OF O. M.**

Petitioner's emergency motion to file a discretionary application exceeding the Court's established word count of 8400 words is hereby GRANTED. Petitioner's word count shall not exceed a total of 10,500 words. See Court of Appeals Rules 21 (f) (1); 31 (g) (1) (i).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 12/22/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.